## UNITED STATES of America, Plaintiff–Appellee,

v.

## Donnie Keith HOWELL, Defendant–Appellant.

### No. 01–7199.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 12, 2001.

Decided Dec. 20, 2001.

Donnie Keith Howell, pro se.

Before MICHAEL and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Donnie Keith Howell seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) and his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Howell*, No. CR–94–56–H (E.D.N.C. Aug. 16, 2000 & Dec. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*